# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1276. AKINS v. THE STATE.**

Appellant filed an appeal in the Georgia Supreme Court that was transferred to this Court on March 7, 2023. Thereafter, the Appellant was sent a notice stating that this case was docketed on March 31, 2023. As stated in the notice, the Appellant's brief containing an enumeration of errors was due within 20 days of docketing, i.e., April 20, 2023. See Court of Appeals Rule 23 (a). The Appellant has failed to comply with the notice of docketing by timely filing his brief. Accordingly, this appeal is deemed abandoned and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/03/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*